AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Nijzah Hill,<br>a/k/a Twin<br><br>*Defendant* | )<br>)  Case No.  3:25-cr-80<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Nijzah Hill, a/k/a Twin                                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Money Laundering Conspiracy

Date:    04/03/2025                                              /S/ Bre Solberg Luedke
                                                                *Issuing officer's signature*

City and state:    Fargo, ND                                    Bre Solberg Luedke, Deputy Clerk
                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)*  4-3-25 , and the person was arrested on *(date)*  4-15-25
at *(city and state)*  Detroit, MI                              .

Date:  4-16-25

                                                                _____
                                                                *Arresting officer's signature*

                                                                Isaiah Solter, Special Agent
                                                                *Printed name and title*